

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 18 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

THE EXCELLENT THE EXCEL-
LENT RAJ K. PATEL, from all ca-
pacities,

*Plaintiff*

v.

THE UNITED PARCEL SERVICE,
INC. ("UPS"),

*Defendant*

No. ___1:23-CV-2249___

Dated: May 17, 2023

JURY TRIAL WAIVED

## *PRO SE* COMPLAINT

## PARTIES

PLAINTIFF: CITIZEN OF INDIANA.

**Raj Patel**
6850 East 21st Street
Indianapolis, IN 46219
317-450-6651
raj@rajpatel.live
rajp2010@gmail.com

DEFENDANT, CITIZEN OF GEORGIA:

**UNITED PARCEL SERVICE, INC. ("UPS")**
55 Glenlake Parkway, NE
Atlanta, GA 30328
Corporate office: 1-404-828-6000

**UPS**
**c/o Carol B. Tome, Chief Executive Officer**

1

**c/o Norman M. Brothers, Jr., EVP & Chief Legal & Compliance Officer**
55 Glenlake Parkway, NE
Atlanta, GA 30328
Phone: 1-404-828-6000
ctome@ups.com
nbrothers@ups.com

## STATEMENT OF FACTS

I.  I, Raj K. Patel, the Plaintiff (*pro se*), am a citizen of Indianapolis, Indiana.

II. Defendant-the United Parcel Service, Inc. is a citizen of the State of Ohio.

   A. The United Parcel Service has its corporate offices at 55 Glenlake Parkway, NE, Atlanta, GA 30328, and it is also the location of its principal executive offices.

   B. Carol B. Tome is the Chief Executive Officer of the UPS who also has an office in Atlanta, Georgia.

   C. Nando Cesarone is the Executive Vice President & President of the United States operations at UPS.

   D. Norman M. Brothers, Jr. is the Executive Vice President & Chief Legal and Compliance Officer and the Corporate Secretary at UPS.

E. The name of its registered agent in this state is Corporation Service Company.  CSC of Cobb County is located at 192 Anderson Street SE, Suite 125, Marietta, GA, 30060.

F. The UPS has sufficient contacts in Indiana, in St. Joseph County, and Marion County.

G. The UPS maintains several stores in Marion County.

H. The UPS maintains stores in St. Joseph County too.

III.  On Thursday, July 21, 2022, I printed and mailed, via UPS 2nd AM, South Bank Legal a document filed before the United States Court of Appeals for the Seventh Circuit.

IV.  On Friday, July 22, I saw that South Bank Legal signed "LOSE" on the UPS proof of delivery.  *See* Ex. A.  I was at the 6850 East 21st Street, Indianapolis, Indiana 46219 location when I opened the tracking feature via e-mail link.

V.  Because of my existing stress, the blatant disrespect for the service/process, the on-going United States Court of Appeals Seventh Circuit litigation, and the communal indecency towards my stress-weapon induced diseases/mental problems, I could not focus on anything else but suing South Bank Legal and later the University of Notre Dame and the UPS, which I should have thought about suing along

3

with South Bank Legal, but for the tort(s) or contractual breaches inflicted upon me which effected my free will and Liberties.  Compl., *Patel v. United States*, No. 1:21-cv-02004-LAS (Fed. Cl. 202_).

## CLAIMS

All paragraphs from above are incorporated into this section.  All of the following claims may be read together, in groups, or individually and each permutation.

Indiana, Georgia, and Delaware applies for each claim below.  Claims are over $75,000.00.

CLAIM 1.    **Battery – UPS accessorized or used the UPS signature delivery system to batter me with the light of the UPS in an insolent, rude, or angry manner; in other words, the battery happened by "sight." *Boyd v. State*, 889 N.E.2d 321, 326 (Ind. Ct. App. 2008) ("must sense, *either by sight or sound*, that a battery has occurred") (italics added). This sight of battery also caused other emotional and parasitic and psychological harm.**

   a. South Bank Legal was being legally approached and in their capacity as representative for the University of Notre Dame du Lac claims in *Raj K. Patel v. Univ. of Notre Dame du Lac*, No. 49D05-2206-CC-019517 (Ind. Super. Ct. Marion Cnty. 5 July 14, 2022).

   b. U.S. const. amend. XIV.

    c. Indiana R.F.R.A., I.C. 34-13-9 *et seq*.

    d. Relief:

        i. Dollar amount for loss of opportunity in money.

        ii. Dollar amount in money.

        iii. Punitive damages in money.

        iv. Consequential damages in money.

        v. Compensation damages in money.

        vi. Actual damages in money.

        vii. Extreme Emotional Distress.

        viii. Parasitic Damages.

        ix. All other forms of damages in money.

**CLAIM 2.** **Abuse of Process – UPS abused the process that was being had on them in a legitimate legal proceeding before the United States Court of Appeals for the Seventh Circuit.**

    a. U.S. const. amend. XIV.

    b. Indiana law.

    c. Indiana R.F.R.A., I.C. 34-13-9 *et seq*.

    d. *Trichell v. Midland Credit Mgmt.*, 964 F.3d 990, 1009 (11th Cir. 2020).

    e. *United States v. Hastings*, No. 16-10361 * 5 (11th Cir. Jan. 20, 2017).

      f.  *Estate of Jackson v. Schron* (*In re Fundamental Long Term Care, Inc.*),

         <u>873 F.3d 1325, 1346</u> (11th Cir. 2017).

      g.  Relief:

           i.  Dollar amount for loss of opportunity in money.

          ii.  Dollar amount in money.

         iii.  Punitive damages in money.

         iv.  Consequential damages in money.

          v.  Compensation damages in money.

         vi.  Actual damages in money.

       vii.  Extreme Emotional Distress.

      viii.  Parasitic Damages.

        ix.  All other forms of damages in money.

**CLAIM 3.**  **Assault – I honestly thought that this injury was going to get worse, such as maybe the computer was going to blank, explode, or even have a "mixed reality" assault or battery carried over on me.**

      a.  <u>U.S. const. amend. XIV</u>.

      b.  Indiana law.

      c.  Georgia Law.

**CLAIM 4.**  **Trespass – UPS accessorized the Internet and trespassed onto my computer screen and property and residence.**

      a.  <u>U.S. const. amend. XIV</u>.

b. Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

c. Relief:

    i. Dollar amount for loss of opportunity in money.

    ii. Dollar amount in money.

    iii. Punitive damages in money.

    iv. Consequential damages in money.

    v. Compensation damages in money.

    vi. Actual damages in money.

    vii. Extreme Emotional Distress.

    viii. Parasitic Damages.

    ix. All other forms of damages in money.

**CLAIM 5.** **Invasion of Privacy – Intrusion on Seclusion – UPS invaded my privacy through my computer, when I was in my room, by exposing to rude, insolent, and angry behavior.**

a. U.S. const. amend. XIV.

b. Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

c. Relief:

    i. Dollar amount for loss of opportunity in money.

    ii. Dollar amount in money.

    iii. Punitive damages in money.

    iv. Consequential damages in money.

     v. Compensation damages in money.

     vi. Actual damages in money.

     vii. Extreme Emotional Distress.

     viii. Parasitic Damages.

     ix. All other forms of damages in money.

**CLAIM 6.**    **Appropriation – UPS appropriated my Constitutional styles or property rights of styles/titles which I hold and have per my political offices.**

    a. U.S. const. amend. XIV.

    b. Indiana R.F.R.A., I.C. 34-13-9 *et seq*.

    c. Relief:

      i. Dollar amount for loss of opportunity in money.

      ii. Dollar amount in money.

      iii. Punitive damages in money.

      iv. Consequential damages in money.

      v. Compensation damages in money.

      vi. Actual damages in money.

      vii. Extreme Emotional Distress.

      viii. Parasitic Damages.

      ix. All other forms of damages in money.

CLAIM 7.  **Extreme Emotional Distress – UPS unduly exercised their political rights when it attacked me via the UPS' proof of delivery signature verification method.**

    a.  U.S. const. amend. XIV.

    b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

    c.  Relief:

        i.  Dollar amount for loss of opportunity in money.

        ii.  Dollar amount in money.

        iii.  Punitive damages in money.

        iv.  Consequential damages in money.

        v.  Compensation damages in money.

        vi.  Actual damages in money.

        vii.  Extreme Emotional Distress.

        viii.  Parasitic Damages.

        ix.  All other forms of damages in money.

CLAIM 8.  **Extreme Emotional Distress – UPS unduly exercised their political rights when it attacked me based on race, as I am both through heritage and individual above race, per my social class, as being rich and as a part of the Top 1% of Americans.**

    a.  U.S. const. amend. XIV.

    b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

c. Relief:

     i. Dollar amount for loss of opportunity in money.

     ii. Dollar amount in money.

     iii. Punitive damages in money.

     iv. Consequential damages in money.

     v. Compensation damages in money.

     vi. Actual damages in money.

     vii. Extreme Emotional Distress.

     viii. Parasitic Damages.

     ix. All other forms of damages in money.

**CLAIM 9.** **Parasitic Damages – UPS knowing took advanced of my physical and induced mental impairment and induced incapacities; South Bank Legal prejudicially attacked my hormones, which is a lot of what racism comes down to right now.**

a. U.S. const. amend. XIV.

b. Indiana R.F.R.A., I.C. 34-13-9 *et seq*.

c. Relief:

     i. Dollar amount for loss of opportunity in money.

     ii. Dollar amount in money.

     iii. Punitive damages in money.

     iv. Consequential damages in money.

   v. Compensation damages in money.

   vi. Actual damages in money.

   vii. Extreme Emotional Distress.

   viii. Parasitic Damages.

   ix. All other forms of damages in money.

**CLAIM 10.** **Negligent Entrustment – The UPS could have lend the signature mobile device to South Bank Legal for them to sign; it was irresponsible for this to happen.**

  a. <u>U.S. const. amend. XIV</u>.

  b. Indiana R.F.R.A., I.C. 34-13-9 *et seq*.

  c. Relief:

   i. Dollar amount for loss.

   ii. Dollar amount in money.

   iii. Punitive damages in money.

   iv. Consequential damages in money.

   v. Compensation damages in money.

   vi. Actual damages in money.

   vii. Extreme Emotional Distress.

   viii. Parasitic Damages.

   ix. All other forms of damages in money.

CLAIM 11.   **Extreme Emotional Distress – The UPS caused EED to me when I had to see it, which should be a neutral party, when doing service and caused undue stress and fears and paranoia.**

    a. U.S. const. amend. XIV.

    b. Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

    c. Relief:

        i. Dollar amount for loss of opportunity in money.

        ii. Dollar amount in money.

        iii. Punitive damages in money.

        iv. Consequential damages in money.

        v. Compensation damages in money.

        vi. Actual damages in money.

        vii. Extreme Emotional Distress.

        viii. Parasitic Damages.

        ix. All other forms of damages in money.

CLAIM 12.   **Intentional Infliction of Emotional Distress – The UPS knew that upon reading the "LOSE" message via the signature tracking feature, I would be unhappy and possibly could be a thin skull plaintiff.**

    a. U.S. const. amend. XIV.

    b. Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

c. Relief:

    i. Dollar amount for loss of opportunity in money.

    ii. Dollar amount in money.

    iii. Punitive damages in money.

    iv. Consequential damages in money.

    v. Compensation damages in money.

    vi. Actual damages in money.

    vii. Extreme Emotional Distress.

    viii. Parasitic Damages.

    ix. All other forms of damages in money.

**CLAIM 13.** **Parasitic Damages – The UPS by negligently allowing the message to be delivered via its mobile signature feature allowed.**

a. U.S. const. amend. XIV.

b. Indiana R.F.R.A., I.C. 34-13-9 *et seq*.

c. Relief:

    i. Dollar amount for loss of opportunity in money.

    ii. Dollar amount in money.

    iii. Punitive damages in money.

    iv. Consequential damages in money.

    v. Compensation damages in money.

    vi. Actual damages in money.

vii.   Extreme Emotional Distress.

viii.   Parasitic Damages.

ix.   All other forms of damages in money.

CLAIM 14.   **Breach of Confidence – The services rendered by the UPS are meant to be confidential or between us, but I now I do not who all has been previewed to confidential information.**

a.   U.S. const. amend. XIV. *See also* 42 U.S.C. § 1981.

b.   Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

c.   Relief:

i.   Dollar amount for loss of opportunity in money.

ii.   Dollar amount in money.

iii.   Punitive damages in money.

iv.   Consequential damages in money.

v.   Compensation damages in money.

vi.   Actual damages in money.

vii.   Extreme Emotional Distress.

viii.   Parasitic Damages.

ix.   All other forms of damages in money.

CLAIM 15.   **Breach of Good Faith & Fair Dealing – I cannot use fairly use the "enjoyment of full benefits" of the contract which is also a property right created for the delivery of the court documents and services.**

*See also* <u>42 U.S.C. § 1981</u> & <u>U.S. const. amend. XIV</u>.  **UPS did not give good faith to our contract of delivery of court documents and service, as it allowed the communication to go through.  In fact, UPS allowed South Bank Legal to use the services I paid to use, without my consent, for free.**

    a. <u>U.S. const. amend. XIV</u>.  *See also* <u>42 U.S.C. § 1981</u>.

    b. Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

    c. Relief:

        i. Dollar amount for loss of opportunity in money.

        ii. Dollar amount in money.

        iii. Punitive damages in money.

        iv. Consequential damages in money.

        v. Compensation damages in money.

        vi. Actual damages in money.

        vii. Extreme Emotional Distress.

        viii. Parasitic Damages.

        ix. All other forms of damages in money.

CLAIM 16.   **Harassment – All defendants either directly or indirectly harassed with the UPS technology; the harassment was also physical, as the light rays made it into me.**

    a. <u>U.S. const. amend. XIV</u>.

b. Indiana R.F.R.A., I.C. 34-13-9 *et seq*.

c. Relief:

    i. Dollar amount for loss of opportunity in money.

    ii. Dollar amount in money.

    iii. Punitive damages in money.

    iv. Consequential damages in money.

    v. Compensation damages in money.

    vi. Actual damages in money.

    vii. Extreme Emotional Distress.

    viii. Parasitic Damages.

    ix. All other forms of damages in money.

**CLAIM 17.** **Negligence – Contributory or Comparative – All the Defendants share some sort of responsibility for the harm and injury ensued.**

a. U.S. const. amend. XIV. *See also* 42 U.S.C. § 1981.

b. Indiana R.F.R.A., I.C. 34-13-9 *et seq*.

c. Relief:

    i. Dollar amount for loss of opportunity in money.

    ii. Dollar amount in money.

    iii. Punitive damages in money.

    iv. Consequential damages in money.

    v. Compensation damages in money.

   vi. Actual damages in money.

   vii. Extreme Emotional Distress.

   viii. Parasitic Damages.

   ix. All other forms of damages in money.

CLAIM 18. **Appropriation – UPS disrespected me, my social and economic identities, and my omnipresent constitutional titles, which are not political free speech rights, especially since I was in private business.**

 a. *See also* U.S. const. amend. XIV, §§ 1 & 5 and 42 U.S.C. § 1981.

 b. Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

 c. Relief:

   i. Dollar amount for loss of opportunity in money.

   ii. Dollar amount in money.

   iii. Punitive damages in money.

   iv. Consequential damages in money.

   v. Compensation damages in money.

   vi. Actual damages in money.

   vii. Extreme Emotional Distress.

   viii. Parasitic Damages.

   ix. All other forms of damages in money.

CLAIM 19.  **Tortious Interference – UPS directly or indirectly interfered in my contractual obligation with the UPS to deliver and process court documents via service.**

    a.  U.S. const. amend. XIV.  *See also* 42 U.S.C. § 1981.

    b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

    c.  Relief:

        i.  Dollar amount for loss of opportunity in money.

        ii.  Dollar amount in money.

        iii.  Punitive damages in money.

        iv.  Consequential damages in money.

        v.  Compensation damages in money.

        vi.  Actual damages in money.

        vii.  Extreme Emotional Distress.

        viii.  Parasitic Damages.

        ix.  All other forms of damages in money.

CLAIM 20.  **Intentional Infliction of Emotional Distress – UPS knew that the court service and process are sensitive and personal things. All owed a contractual and/or legal duty not to cause a personal injury or harm.**

    a.  U.S. const. amend. XIV.  *See also* 42 U.S.C. § 1981.

    b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

    c.  Relief:

    i.  Dollar amount for loss of opportunity in money.

    ii.  Dollar amount in money.

    iii.  Punitive damages in money.

    iv.  Consequential damages in money.

    v.  Compensation damages in money.

    vi.  Actual damages in money.

    vii.  Extreme Emotional Distress.

    viii.  Parasitic Damages.

    ix.  All other forms of damages in money.

CLAIM 21.   **Parasitic Damages** –

    a. **All Defendants:** They made my property of using the UPS contract less enjoyable and the full benefits which come with it; that is, service was successful and notice of service received without stress.  They all disrespected and were unfaithful to my titles; they all caused economic harms. They all exhibited outrageous professional conduct.

    b. **UPS:** In addition, UPS took away enjoyment of going into the UPS store and mailing at competitive rates and my previous dealing with the UPS.

    c. U.S. const. amend. XIV. *See also* 42 U.S.C. § 1981.

    d. Indiana R.F.R.A., I.C. 34-13-9 *et seq*.

e. Relief:

    i. Dollar amount for loss of opportunity in money.

    ii. Dollar amount in money.

    iii. Punitive damages in money.

    iv. Consequential damages in money.

    v. Compensation damages in money.

    vi. Actual damages in money.

    vii. Extreme Emotional Distress.

    viii. Parasitic Damages.

    ix. All other forms of damages in money.

CLAIM 22. **Liability – All Defendants qualify for liability to be paid to me. Liability should be calculated specifically per my social classes and as being rich and as a part of the Top 1% of Americans. Where appropriate, this should factor into duty, breach, and causation too.**

    a. **Joint** – Since the harm is indivisible, the harm should be paid by each defendant.

        i. **UPS:** Lifetime competitive mailing rates; monetary damages.

    b. **Severable** – Each Defendant should be liable for its portion.

    c. **Joint & Severable** – Each Defendant should pay for the totality of harm it cost me.

    d. <u>U.S. const. amend. XIV</u>. *See also* <u>42 U.S.C. § 1981</u>.

    e. Indiana R.F.R.A., I.C. 34-13-9 *et seq*.

    f. Relief:

        i. Dollar amount for loss of opportunity in money.

        ii. Dollar amount in money.

        iii. Punitive damages in money.

        iv. Consequential damages in money.

        v. Compensation damages in money.

        vi. Actual damages in money.

        vii. Extreme Emotional Distress.

        viii. Parasitic Damages.

        ix. All other forms of damages in money.

**CLAIM 23.** *Res ipsa loquitur* **– Without each defendant the negligence and injuries would not have happened. Even if each defendant is not negligent, then my injury is still not explained. I did not put myself in harms way voluntarily.**

    a. **UPS:** The technology or technologies are in full control of the defendants, especially UPS. This type of injury while delivery of court documents or service/process does not happen with the negligence of each defendant, especially UPS. Further, UPS had a contract with me to deliver.

    b. <u>U.S. const. amend. XIV</u>. *See also* <u>42 U.S.C. § 1981.</u>

    c. <u>Indiana R.F.R.A., I.C. 34-13-9 *et seq.*</u>

d. Relief:

    i. Dollar amount for loss of opportunity in money.

    ii. Dollar amount in money.

    iii. Punitive damages in money.

    iv. Consequential damages in money.

    v. Compensation damages in money.

    vi. Actual damages in money.

    vii. Extreme Emotional Distress.

    viii. Parasitic Damages.

    ix. All other forms of damages in money.

CLAIM 24.   **Causation –**

    a. **But For / Substantial Causal Factor –**

        i. **UPS:** UPS and I are in a contract of delivery, with the knowledge that court documents are included for process; without its technology, these torts would not be possible. UPS is a substantial causal factor.

    b. **Proximate Cause –**

      i. **UPS:** UPS and I are in a contract, and it breached it duty not to abuse process; proximate cause may be assumed because of our contractual obligation.  Further, for each tort, UPS provided the technology necessary, and without access to the UPS tracker, I would not have been injured.

c. **Direct Cause –**

      i. **UPS:** UPS and I in a contract; it breached good faith and fair dealing which caused injury to me; it should have deflected South Bank Legal's blatant and obviously rude, insolent, violent communication via its UPS signature pad.

d. U.S. const. amend. XIV.  *See also* 42 U.S.C. § 1981.

e. Indiana R.F.R.A., I.C. 34-13-9 *et seq*.

f. Relief:

      i. Dollar amount for loss of opportunity in money.

      ii. Dollar amount in money.

     iii. Punitive damages in money.

     iv. Consequential damages in money.

      v. Compensation damages in money.

     vi. Actual damages in money.

    vii. Extreme Emotional Distress.

   viii. Parasitic Damages.

        ix.  All other forms of damages in money.

CLAIM 25.  **Contempt of Court – UPS is guilty of indirect contempt of court because it "injure[d]," "assault[ed]," and "influence[d], "intimidate[d], or attempt[ed] to influence" Patel to serve or abstain from serving as a witness in the case-at-hand by knowingly and willfully disobeying and communicating "LOSE."  UPS is guilty of indirect contempt of court for disobeying process of perfecting service of the complaint and summons lawfully issued by the Clerk of the Marion County.**

    a.  I.C. § 34-47-3-1.

    b.  I.C. § 34-47-3-2.

    c.  I.C. § 34-47-3-5.

    d.  I.C. § 34-47-3-6(c)-(d).

CLAIM 26.  **Breach of Agency -- UPS served as a my agent, in a principal-agent relationship, via contract, to deliver mail, and it breached the fiduciary relationship of the law of agency.**

    a.  Indiana, Georgia, and Delaware law.

    b.  Relief:

        i.  Dollar amount for loss of opportunity in money.

        ii.  Dollar amount in money.

        iii.  Punitive damages in money.

        iv.  Consequential damages in money.

    v.  Compensation damages in money.

    vi.  Actual damages in money.

    vii.  Extreme Emotional Distress.

    viii.  Parasitic Damages.

    ix.  All other forms of damages in money.

## DEMAND FOR RELIEF

WHEREFORE, The Excellent, The Excellent Raj K. Patel,

1. Relief described in the claims section above.

2. Award earned damages, <u>$603,267,485.00 times treble damages</u>.

3. Other remedies which the court might deem fit, including because of the attack on my celebrity.


Respectfully submitted,


/s/ Raj K. Patel
T.E., T.E. Mr. Raj K. Patel, AA, BA (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

J.D. Candidate, Notre Dame L. Sch. 2015-2017
T.E. Mr. President/Student Body President, Student
    Gov't Ass'n of Emory U., Inc. 2013-2014 (corp.
    sovereign 2013-present)

T.E. Mr. Student Body President, Brownsburg Cmty. Sch. Corp./President, Brownsburg High Sch. Student Gov't 2009-2010 (corp. sovereign 2009-present)

Rep. from the Notre Dame L. Sch. Student B. Ass'n to the Ind. St. B. Ass'n 2017

Deputy Regional Director, Young Democrats of Am.-High Sch. Caucus 2008-2009

Co-Founder & Vice Chair, Ind. High Sch. Democrats 2009-2010

Vice President of Fin. (Indep.), Oxford C. Republicans of Emory U., Inc. 2011-2012

Volunteer, Barack Obama for America (2008)

Intern, Jill Long Thompson for Governor (2008)

Intern, Marion Cnty. Clerk Elizabeth "Beth" White for Sec'y of St. of the St. of Ind. (2014)

J.D. Candidate, Notre Dame L. Sch.

## <u>CERTIFICATE OF SERVICE</u>

I certify that I served a copy of the foregoing *Pro Se* Complaint on 5/17/2023 to below individuals via the Clerk of Court:

**United Parcel Service ("UPS")**
**c/o CSC of Cobb County**
192 Anderson Street SE, Suite 125
Marietta, GA, 30060

Respectfully submitted,

/s/ Raj Patel
T.E., T.E. Raj K. Patel (*Pro Se*)
6850 East 21st Street
Indianapolis, IN 46219
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

Dated: May 17, 2023

# EXHIBIT A

Chrome File Edit View History Bookmarks Profiles Tab Window Help Sat Jul 23 11:20:05 PM

Tracking | UPS - United States

ups.com/WebTracking/processInputRequest?tracknum=1Z8T3KM50700254554&loc=en_US&requester=ST/trackdetails

[redacted]

About UPS | Locations | United States - English

Shipping Tracking Business Solutions Support

Your shipment from

## RAJ PATEL

Delivered On

**Friday, July 22 at 10:58 A.M. at Front Desk**

**Delivered To**
100 E WAYNE ST
3 300
SOUTH BEND, IN 46601 US

**Received By:**
LOSE
Proof of Delivery

Get Updates | File a Claim | View Details

Track Another Package

Track

Feedback

UPS Freight Less-than-Truckload ("LTL") transportation services are offered by TFI International Inc., its affiliates or divisions (including without limitation TForce Freight), which are not affiliated with United Parcel Service, Inc. or any of its affiliates, subsidiaries or related entities ("UPS"). UPS assumes no liability in connection with UPS Freight LTL transportation services or any other services offered or provided by TFI International Inc. or its affiliates, divisions, subsidiaries or related entities.

**This Site**
Tracking

**Other UPS Sites**
About UPS

**Connect With Us**
Facebook

Ask UPS

[redacted]



