UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| The Excellent The Excellent Raj K. Patel,<br><br>   Plaintiff,<br><br>vs.<br><br>The United Parcel Service, Inc.,<br><br>   Defendant. | CIVIL ACTION FILE<br><br>NO.  1:23-cv-02249-MLB |

## J U D G M E N T

This action having come before the court, Honorable Michael L. Brown, United States District Judge, for a frivolity determination pursuant to 28 U.S.C. §1915(e)(2), and the court having made such determination, it is

**Ordered and Adjudged** that the action be **DISMISSED** as frivolous.

Dated at Atlanta, Georgia, this 2nd day of October, 2023.

             KEVIN P. WEIMER
             CLERK OF COURT


     By:   /s/Benjamin G. Thurman
             Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 2, 2023
Kevin P. Weimer
Clerk of Court

By:  /s/Benjamin G. Thurman
       Deputy Clerk